**Motion Granted; Order of August 2, 2012 Withdrawn; and Order filed August 21, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00271-CR
_____

**ROGER MILLICAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No 9**
**Harris County, Texas**
**Trial Court Cause No. 1786137**

## ORDER

Appellant is represented retained counsel, **Gregg Clements**. The reporter's record was filed on May 25, 2012. On June 25, 2012, time to file appellant's brief expired without a brief and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on June 27, 2012, that no brief had been received. Appellant did not respond. Accordingly, on **August 2, 2012,** pursuant to Tex. R. App. P. 38.8(b), this court abated the appeal and ordered the trial to conduct a hearing to determine why appellant's brief had not been filed.

On August 17, 2012, appellant filed a motion for extension of time to file his brief. The motion is **GRANTED.** Appellant's brief is due on or before **September 21, 2012. No further extensions will be granted absent exceptional circumstances.**

We **WITHDRAW** our August 2, 2012, abatement order directing a hearing to be held. The appeal is **REINSTATED.**

PER CURIAM